






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-97-00583-CR







Marco Guadiana, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. 0944853, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING






PER CURIAM

Appellant's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a).  The
appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed:   January 23, 1998

Do Not Publish


